UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DESIGN BASICS, LLC,

    Plaintiff,

    v.                       Case No: 1:13-cv-564

CYPRESS HOMES & REALTY,
LLC; CYPRESS HOMES, INC.; and
MICHAEL F. BLANK,

    Defendants.

---

STIPULATION FOR DISMISSAL WITH PREDJUDICE

---

THE PLAINTIFF, Design Basics, LLC, by its attorneys, Dana A. LeJune and Michael T. Hopkins, the Defendants, Cypress Homes & Realty, LLC; Cypress Homes, Inc.; and Michael F. Blank, by their attorneys Marc C. Gravino and Joel M. Huotari, hereby stipulate and agree that the Court, the Honorable William C. Griesbach, Chief Judge presiding, may enter an ORDER dismissing the above matter, including all claims, cross claims and counterclaims, on its merits, with prejudice, and without further notice or cost to any party.

Dated this the 23rd day of October 2014.

                                  LEJUNE LAW FIRM

                By:    /s Dana A. LeJune
                       Dana A. LeJune
                       Texas Bar No.: 12188250
                       email: dlejune@triallawyers.net
                       6525 Washington Avenue
                       Suite 300
                       Houston, Texas 77007
                       713/942.9898 Telephone
                       713/942.9899 Facsimile

and

HOPKINS McCARTHY LLC

By: /s Michael T. Hopkins
    Michael T. Hopkins
    SBN: 1014792
    email: mth@hmclaw.com
    757 N. Broadway, Suite 201
    Milwaukee, WI 53202
    Tel/Fax: 866-735-0515

    Counsel for Plaintiff

WILLIAMS McCARTHY LLP

By: s/Marc C. Gravino
    Marc C. Gravino
    email: mgravino@wilmac.com
    120 W. State Street, Suite 400
    P.O. Box 219
    Rockford, IL 61105-0219
    (815) 987-8900
    (815) 968-0019 – fax

    Counsel for Defendants